IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20–41–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT LOWELL TAKESENEMY, JR., | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Final Order of Forfeiture. (Doc. 34.) After reviewing the motion, the Court enters the following FINDINGS:

(1) The United States commenced this action pursuant to 21 U.S.C. §§ 853, 851 and 18 U.S.C. § 924(d).

(2) The Court entered a Preliminary Order of Forfeiture on March 11, 2021. (Doc. 11.)

(3) At the March 16, 2021 sentencing hearing, the Court entered final forfeiture as it relates to Defendant Robert Lowell Takesenemy, Jr.'s interest in the property at issue. (Doc. 30 at 7.)

1

(4) The government has provided all known interested parties with an opportunity to respond, and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1). (Doc. 33.)

(5) Good cause appears to issue a final forfeiture order as to any third-party interests under 21 U.S.C. §§ 853, 881 and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

(1) The motion (Doc. 34) is GRANTED.

(2) Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853, 881 and 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger 22 Long Model 10-22, SN 122-79307 ;
- Taurus PT 1911 .45 caliber, SN NBM30153;
- Mossberg Plinkster .22 caliber, SN EGB091450;
- Smith and Wesson model M & P .223 caliber, SN SU81464; and
- Smith and Wesson model 908 9mm SN TDP4692.

(3) The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 8th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court