IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOWELL TAKESENEMY,<br><br>Defendant. | CR 20–41–BLG–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Robert Lowell Takesenemy's Unopposed Motion for Early Termination of Supervision. (Doc. 39.) The United States does not object. (*Id.* at 1–2.) United States Probation Officer Erika Spear does not object. (*Id.* at 2.) For the reasons below, the Court grants the Motion.

## Background

On March 16, 2021, Takesenemy was sentenced for being a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). (Doc. 30.) This Court sentenced Takesenemy to a custodial term of 40 months, followed by three years of supervised release. (*Id.* at 2–3.) Takesenemy began serving his term of supervised release on January 12, 2024. (Doc. 40 at 2.)

## Discussion

A court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to terminate a term of supervised release, courts consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564. These factors include:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) deterrence; (3) protection of the public; (4) the need to provide the defendant with educational, vocational training, medical care or other rehabilitation; (5) the sentence and sentencing range established for the category of defendant; (6) any pertinent policy statement by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense.

*United States v. Smith*, 219 F. App'x 666, 667 (9th Cir. 2007) (unpublished).

Takesenemy has served approximately 2 years of supervision, so he is eligible for early release. Takesenemy currently lives in Great Falls, Montana, and has worked at the Rocky Mountain Treatment Center since his release from custody. (Doc. 40 at 3.) While incarcerated, Takesenemy completed the RDAP program and continues to see a therapist. (*Id.*) Takesenemy also attends AA

meetings. (*Id.*) He is enrolled in bible college and teaches bible study at his church. (*Id.*)

The Court believes Takesenemy can live a lawful life without the supervision of the Court. Thus, in weighing "the nature and circumstances of the offense" against the "characteristics" of Takesenemy, along with the need to promote "deterrence" and "protect the public," the Court agrees with Takesenemy that continued supervision is no longer necessary.

Accordingly, IT IS ORDERED that Takesenemy's Motion (Doc. 39) is GRANTED. Robert Lowell Takesenemy's term of supervised release is TERMINATED as of the date of this Order.

DATED this 23rd day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court